ACCEPTED
03-15-00294-CV
5840814
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 12:32:22 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00294-CV

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 12:32:22 PM
JEFFREY D. KYLE
Clerk

## MANOR INDEPENDENT SCHOOL DISTRICT
*Appellant*

*v.*

## DEYDRA STEANS
*Appellee*

## From the 200th Judicial District Court of
## Travis County, Texas

## APPELLEE'S MOTION TO EXTEND TIME TO FILE RESPONSE TO APPELLANT'S MOTION TO STAY

Appellee Deydra Steans asks the Court to extend the time to file her response to Appellant's Motion to Stay.

### A. Introduction

1. Appellant is Manor Independent School District.

2. Appellee is Deydra Steans.

3. The deadline to file this response is June 26, 2015.

4. The parties have agreed to this motion.

### B. Argument and Authorities

5. The Court has authority under TRAP 55.7 and 10.5 to extend the time to file her response.

6. Appellee requests an additional 30 days for file her response to Appellant's Motion to Stay.

7. Appellant needs additional time because the parties are engaged in settlement negotiations and the parties believe the matter has settled. A preliminary mediator proposal has been approved by both sides and the parties are still in the process of attempting to finalize the settlement agreement.

## C. Conclusion

8. Because the parties have resolved the matter and still in need of time to finalize the settlement, it is necessary to extend the time for Appellee to respond to Appellant's Motion to Stay.

## D. Prayer

9. For these reasons, Appellee asks the Court to grant an extension of time to file her response to Appellant's Motion to Stay until July 26, 2015.

Respectfully submitted,

**POTTER BLEDSOE, LLP**

By: **/s/ Gary L. Bledsoe**
Gary L. Bledsoe
State Bar No. 02476500

gbledsoe@potterbledsoe.com
Harry G. Potter III
hpotter@potterbledsoe.com
State Bar No. 16175300
Alondra G. Johnson
ajohnson@potterbledsoe.com
State Bar No. 24087801
316 W. 12th Street
Austin, Texas 78701
(512) 322-9992 Telephone
(512) 322-0840 Fax

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I certify that on June 26, 2015, my office conferred with Jennifer Powell via email, and she does not oppose *Appellee's Motion to Extend Time to File Response to Appellant's Motion to Stay*.

/s/ **Gary L. Bledsoe**
  Gary Bledsoe

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on counsel on this 26th day of June 2015, through the Court's electronic filing system and by electronic mail to the following addresses:

Jennifer A. Powell
Eichelbaum, Wardell, Hansen, Powell & Mehl, P.C.
4201 Parmer Lane, Suite A100
Austin, Texas 78727
512/476-9944
512/472-2599 fax
jpowell@edlaw.com
cc:nbn@edlaw.com

**ATTORNEY FOR APPELLANT**

　　　　　　　　　 /s/ **Gary L. Bledsoe**
　　　　　　　　　　 Gary Bledsoe